Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  15−17691−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin B. Brown
   3412 Union Avenue, Apt B2
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−1009

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/7/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 7, 2016
JJW: cmf

                                    James J. Waldron
                                    Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 15-17691-JNP
Robin B. Brown                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Sep 07, 2016
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
db            +Robin B. Brown,    3412 Union Avenue, Apt B2,    Pennsauken, NJ 08109-3060
aty           +Cristina L. Connor,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
515472702     +Cenlar,   P.O. Box 77404,    Ewing, NJ 08628-6404
515472704      Gary Zangerle, Esquire,    Blason II,    Suite 201,    Moorestown, NJ 08057
515472703     +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515689866     +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
515472706     +Mariner Finance,    P.O. Box 35394,    Baltimore, MD 21222-7394
515785791     +New Jersey Housing & Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
               Ewing, NJ 08618-1430
515494331     +Schoolhouse Commons at Union Avenue Condo Assn.,    Gary J. Zangerle,
               505 S. Lenola Road Ste 201,    Moorestown, NJ 08057-1594
515472707     +Sheila Goldsborough,    3412 Union Avenue,    Apt B2,    Pennsauken, NJ 08109-3060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2016 22:32:40      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2016 22:32:39     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515612374     +EDI: RESURGENT.COM Sep 07 2016 22:18:00      CVI Loan GT Trust I,    Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
515472705     +E-mail/Text: bankruptcy.bnc@gt-cs.com Sep 07 2016 22:32:28     Green Tree,    P.O. Box 6172,
               Rapid City, SD 57709-6172
515647646      EDI: Q3G.COM Sep 07 2016 22:13:00      Quantum3 Group LLC as agent for,
               Galaxy International Purchasing LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
          I. Dominic Simeone    on behalf of Creditor    Schoolhouse Commons at Union Avenue Condominium
           Association dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Judith Jennings    on behalf of Creditor    Schoolhouse Commons at Union Avenue Condominium
           Association judithjennings@verizon.net, dsimeone@srnjlawfirm.com
          Stacey L. Mullen    on behalf of Debtor Robin B. Brown slmullen@comcast.net
                                                                                              TOTAL: 6
```